706 A.2d 1108
IN THE MATTER OF JOHN B.M. FROHLING,
AN ATTORNEY AT LAW.

March 17, 1998.

## ORDER

The Disciplinary Review Board on January 7, 1998, having filed with the Court its decision concluding that **JOHN B.M. FROHLING** of **ROSELAND**, who was admitted to the bar of this State in 1960, should be reprimanded for violating *RPC* 1.15(b) by failing to keep employee withholding taxes intact and *RPC* 8.4(c) by making misrepresentations regarding the payment of said taxes, and good cause appearing;

It is ORDERED that **JOHN B.M. FROHLING** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.